777 A.2d 1047

**John Richard JAE, Appellant**

v.

**Martin F. HORN, Secretary of Corrections, Pennsylvania Department of Corrections, et. al., Appellees.**

**No. 45 M.D. Appeal Docket 2001.**

Supreme Court of Pennsylvania.

May 7, 2001.

### *ORDER*

PER CURIAM:

**AND NOW,** this 7th day of May, 2001, probable jurisdiction is noted and the order appealed is affirmed.